IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| L. COMBS[1], | Civ. No. 3:19-cv-01026-SU |
| Plaintiff, | **ORDER** |
| v. | |
| COMMISSIONER, SOCIAL SECURUTY ADMINISTRATION, | |
| Defendant. | |

SULLIVAN, Magistrate Judge.

Plaintiff moves to dismiss this case with prejudice. ECF No. 19. The Commissioner does not oppose Plaintiff's motion. Accordingly, the Motion is GRANTED and final judgment shall be entered.

It is so ORDERED and DATED this <u>18th</u> day of March 2020.

/s/ Patricia Sullivan
PATRICIA SULLIVAN
United States Magistrate Judge

---

[1] In the interest of privacy, this opinion uses only first name and the initial of the last name of the non-governmental party or parties in this case. Where applicable, this opinion uses the same designation for a non-governmental party's immediate family member.